UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SEAN WESLEY,<br>Plaintiff | CIVIL ACTION NO. 1:20-CV-00243 |
| VERSUS | JUDGE DRELL |
| JAMES LEBLANC, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that LeBlanc's Rule 12(b)(6) Motion to Dismiss (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that, to the extent he seeks injunctive relief, Wesley's request for injunctive relief is DISMISSED AS MOOT.

IT IS FURTHER ORDERED that Wesley's action is DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 30 day of March 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT